UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| M.F.E., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00316-JPH-MJD |
| | ) | |
| BRISON SWEARINGEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**Order to Show Cause
and Granting Motion to Proceed under a Pseudonym**

The Court, having considered the above action and the matters which are pending, makes the following rulings:

1.    The respondents are **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This material has been scanned into the Court's electronic docket. A copy of this Order to Show Cause, the petition, and exhibits shall be **distributed electronically to** the United States Attorney.

2.    The **clerk is directed** to issue process **by mail** to the Clay County Respondent. Process will consist of the petition (dkt. [1]), exhibits (dkts. [1-1] through [1-6]), and this Order.

3.    The respondents will have **through 5:00 p.m. on May 7, 2026**, to answer the allegations of the habeas petition and **show cause** why the relief sought by the petitioner should not be granted. The petitioner will have **through 5:00 p.m. on May 8, 2026,** to reply.

1

4.    The weight of authority supports Petitioner's position—that ICE's authority to detain a noncitizen discovered within the country derives from § 1226(a) and not from § 1225(b), so Petitioner is at minimum entitled to a bond hearing and not subject to mandatory detention. *See, e.g., Cazarez-Gonzales v. Olson*, No. 2:25-CV-590 (S.D. Ind. Dec. 5, 2025) (citing cases); *see also Castañon-Nava v. U.S. Dep't of Homeland Sec.*, 161 F.4th 1048, 1061 (7th Cir. 2025) (stating that "Plaintiffs have the better argument on the current record" referring to argument that "ICE's authority to detain a noncitizen discovered within the country derives from § 1226(a) and not from § 1225(b)."). In their response, the respondents must explain why this Court should reach a different result here.

5.    M.F.E.'s motion to proceed under a pseudonym, dkt. [4], is **GRANTED**. Federal courts maintain a "strong presumption that adult litigants must use their own names." *Doe v. K.J.*, No. 25-1046, 2025 WL 2755815, at *1 (7th Cir. Sept. 29, 2025). However, the Seventh Circuit has permitted litigants to proceed pseudonymously to limit exposure to retaliatory violence and "to protect the privacy of children, rape victims, and other particularly vulnerable parties or witnesses." *Doe v. Blue Cross & Blue Shield United of Wisconsin*, 112 F.3d 869, 872 (7th Cir. 1997); *see also P.A.-V. v. Bondi*, 148 F.4th 511, 515 (7th Cir. 2025) (granting motion to proceed under pseudonym "out of an abundance of caution" because movant's "fear of retaliatory acts of violence . . . renders anonymous litigation prudent" and "the potential harm from disclosure outweighs any potential harm of concealing P.A.-V.'s full name"); *E.F.L. v. Prim*, 986 F.3d 959, 961 (7th Cir. 2021) ("Because of E.F.L.'s allegations of domestic abuse and her

fear of retaliation, this court granted her motion to use a pseudonym while pursuing this appeal."). M.F.E.'s representations that his mother was a victim of domestic violence, that he suffered abuse from the abuser, that both are applicants for U visas, and that his identification would expose him and his mother to a risk of further abuse justify application of the exception in this case.

6.      The respondents shall not transfer Petitioner outside the jurisdiction of the United States or to another federal judicial district during the pendency of this habeas petition without further order of Court following a proper motion by Respondent.  *A.A.R.P. v. Trump,* 145 S. Ct. 1364, 1369 (2025)*; United States v. United Mine Workers of Am.,* 330 U.S. 258, 293 (1947).

**SO ORDERED.**

Date: 5/1/2026

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana


Distribution:

All Electronically Registered Counsel

Sheriff Brison Swearingen
Clay County Detention Center
Clay County Sheriff's Department
611 E. Jackson St.
Brazil, IN 47834

Courtesy copies (by electronic mail):
    Liberty L. Roberts, Church Church Hittle & Antrim, (lroberts@cchalaw.com)
    Shelese Woods, Assistant U.S. Attorney (shelese.woods@usdoj.gov)